**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO.:**

ANTOINE FRANCIS,

        Plaintiff,

  vs.

UNITED STATES OF AMERICA,

        Defendant.

_____/

## <u>COMPLAINT</u>

Plaintiff, Antoine Francis, sues Defendant, United States of America, for the actions of the United States Internal Revenue Service, and alleges:

### *PARTIES, JURISDICTION, AND VENUE*

1. This case is brought against the United States of America pursuant to and in compliance with 28. U.S.C. §§2671-2680 et seq, commonly referred to as the "Federal Tort Claims Act" (FTCA) and 28 U.S.C. §1346(b)(1) for money damages as compensation for personal injuries that were caused by the negligence of an employee of the United States Government while acting within the course and scope of his official duties.

2. Plaintiff, Antoine Francis, is a resident of Broward County, Florida.

3. The Internal Revenue Service ("IRS") and the United States Department of Treasury are agents of the United States of America.

4. This Federal District Court has jurisdiction in this cause of action because it is brought pursuant to and in compliance with 28 USC §1346(b), §2401(b) and §§2671-2680 et seq, commonly known as the "Federal Tort Claims Act," which vests exclusive subject matter

jurisdiction of Federal Tort Claims litigation in the Federal District Court.

5.    Venue is proper in this district pursuant to 28 USC §1402 (b) as the United States of America is a Defendant and a substantial part of the events giving rise to the claim occurred in this District.

6.    Liability of Defendant, United States of America, is predicated specifically on Title 28 §1346(b)(1) and 274 because the personal injuries and resulting damages of which complaint is made were proximately caused by the negligence of Jason William Henry Leighton, an employee and agent of the United States of America through its agency, the Internal Revenue Service of the United States Department of Treasury in Broward County, Florida.

7.    At all times material, Plaintiff, Antoine Francis, would be entitled to pursue these claims under the laws of the State of Florida.

8.    Plaintiff, Antoine Francis, pleads pursuant to Title 28 USC §§2672 and 2675(a) that the claims set forth herein were timely filed with and presented administratively to the Defendant's agency, the IRS on or about January 5, 2026.

9.    The IRS acknowledged receipt of the administrative claim by way of a letter dated February 3, 2026.

10.   The IRS failed to resolve Plaintiff's claim at the end of the statutory six (6) month period. The IRS's failure to resolve Plaintiff's claim within the required time-period constitutes denial by the Defendant. This action is filed in the appropriate district within six (6) months of the date of said denial.

11.   Accordingly, Plaintiff, Antoine Francis, has complied with all jurisdictional prerequisites and conditions precedent to the commencement and prosecution of this litigation.

12.   The IRS is an agency of the Defendant, United States of America. Defendant,

**Morgan & Morgan, P.A.**
8151 Peters Road, Ste. 400 ● Plantation, Florida 33324 ● Telephone (954) 210-7392 ● Facsimile (954) 210-7380
www.ForThePeople.com

through its agency, collects taxes on behalf of the United States of America. They are deemed federal employees and therefore, the claim is properly brought pursuant to the FTCA.

### GENERAL FACTS

13.    At all times material, Jason William Henry Leighton was an agent, servant and/or employee of the Defendant, United States of America, through its agency, the IRS.

14.    Jason William Henry Leighton was at all times acting within the course and scope of such employment and with the consent of the IRS.

15.    On January 31, 2025, Jason William Henry Leighton, was operating a 2021 black Dodge Durango (IRS vehicle Unit # G6122077), driving southbound on N. University Drive in Plantation, Broward County, Florida.

16.    Jason William Henry Leighton began making a left right turn onto N. Marcano Blvd.

17.    Plaintiff, Antoine Francis, was at that time crossing N. Marcano Blvd. on foot, southbound in the marked crosswalk of the intersection with N University Drive.

18.    At that time and place, Jason William Henry Leighton did not look properly before making the left turn, failed to yield the right of way to Plaintiff and hit Plaintiff, Antoine Francis while he walking, knocking him to ground with incapacitating injuries.

### COUNT I – NEGLIGENCE CLAIM OF Antoine Francis

19.    Plaintiff, Antoine Francis, hereby adopts and incorporates by reference the allegations contained in paragraphs 1 through 18 above.

20.    At all times material, Defendant, United States of America, through its agent, servant and/or employee, Jason William Henry Leighton, owed a duty to Plaintiff, Antoine Francis, to operate a motor vehicle in a safe manner and/or in accordance with law.

21.    At all times material, Defendant, United States of America, through its agent, servant

**Morgan & Morgan, P.A.**
8151 Peters Road, Ste. 400 ● Plantation, Florida 33324 ● Telephone (954) 210-7392 ● Facsimile (954) 210-7380
www.ForThePeople.com

and/or employee, Jason William Henry Leighton, breached this duty by negligently operating the motor vehicle and causing said vehicle to collide with Plaintiff, Antoine Francis, who was crossing the street on foot.

22.     Notwithstanding, at that time and place, Defendant's employee, Jason William Henry Leighton, breached said duty of care and negligently operated the IRS motor vehicle in the following ways:

      a.  Failed to maintain a proper look-out;
      b.  Failed to timely and properly apply the vehicle brakes;
      c.  Failed to avoid colliding into the Plaintiff;
      d.  Failed to yield the right of way;
      e.  Failed to obey a traffic signal or sign; and/or
      f.  Was otherwise distracted and/or not using reasonable care in operating the vehicle so that said vehicle crashed into the Plaintiff, Antoine Francis.

23.     This breach by Defendant, United States of America, was the direct and proximate cause of injuries or damages to Plaintiff, Antoine Francis.

24.     As a result of the negligence of Defendant, United States of America, and its agent, servant and/or employee, Plaintiff, Antoine Francis, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, activation of a latent condition, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, Antoine Francis, demands judgment against Defendant, United States of America, for damages in excess of Seventy-Five Thousand Dollars ($75,000.00) together with costs of this action, and such further relief as this Court deems just and proper. Plaintiff also

**Morgan & Morgan, P.A.**
8151 Peters Road, Ste. 400 ● Plantation, Florida 33324 ● Telephone (954) 210-7392 ● Facsimile (954) 210-7380
www.ForThePeople.com

demands a non-jury trial on all issues so triable herein.

## Certification and Closing

Under Fed. R. Civ. P. 11 by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing case la; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Date of signing: July 31, 2026.

Respectfully submitted,

_____

Yechezkel Rodal, Esq.
Florida Bar No.: 091210
Morgan & Morgan, P.A.
8151 Peters Road, 4th Floor
Plantation, FL 33324
Tele: (954) 210-7392
Fax: (954) 210-7380
Email: chezky@forthepeople.com

*Attorney for Plaintiff, Antoine Francis*

**Morgan & Morgan, P.A.**
8151 Peters Road, Ste. 400 ● Plantation, Florida 33324 ● Telephone (954) 210-7392 ● Facsimile (954) 210-7380
www.ForThePeople.com